## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA
    and
*ex rel.* KEVIN J. RYAN
    9172 Chestnut Grove Road
    Frederick, Maryland 21701

                Plaintiffs,

v.

NUVASIVE, INC.
7475 Lusk Blvd.
San Diego, CA 92121

    *Serve* Resident Agent:    National Corporate Research, LTD.
                                      523 W 6th Street, Suite 544
                                      Los Angeles, CA 90014

            Defendant.

Case No. _____
**<u>FILED UNDER SEAL</u>**
Pursuant to 31 U.S.C. §3730
(False Claims Act)

## MOTION TO SEAL THE RECORD

COMES NOW, Relator-Plaintiff Kevin J. Ryan, on behalf of himself and the United States of America, and moves this Court to seal the record in this matter, pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, including §3730(b) which states, "the complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders."

WHEREFORE, the Relator-Plaintiff respectfully requests that the record in this matter be sealed in accordance with the enclosed order and the False Claims Act.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.


_/s/ Veronica B. Nannis /MMB_
Jay P. Holland (Fed. Bar. No. 422258)
jholland@jgllaw.com
Veronica Nannis (Fed. Bar No. 15679)
vnannis@jgllaw.com
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
*Attorneys for Plaintiff-Relator Kevin J. Ryan*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing will be sent with a copy of the complaint and a disclosure statement via certified mail, postage prepaid, to:

Rod J. Rosenstein
United States Attorney, District of Maryland
United States Attorney's Office
  for the District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

Eric Holder
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


_/s/ Veronica B. Nannis /MMB_
Veronica B. Nannis

2