IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,  :
ex rel. KEVIN J. RYAN
                           :
       Plaintiff,
                           :
v.                             CIVIL NO. WDQ-12-2683
                           :
NUVASIVE, INC.
                           :
       Defendant.
                           :
...oOo...

## ~~PROPOSED~~ ORDER

Pursuant to Rule 41(a) of the federal Rules of Civil procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and Relator filed a Stipulation of Dismissal. Upon consideration of the Stipulation, and the papers on file in this action,

IT IS HEREBY ORDERED that,

1.  Consistent with the terms and conditions of the July 24, 2015 Settlement Agreement executed by the United States, NuVasive, Inc., and Relator Kevin J. Ryan (the "Settlement Agreement"), all claims asserted on behalf of the United States against NuVasive, Inc. concerning the Covered Conduct as defined in Preamble Paragraph E of the Settlement Agreement are dismissed with prejudice; and

2.  The Joint Stipulation of Dismissal does not resolve state supplemental claims asserted in the civil action on behalf of California, Colorado, Connecticut, Delaware, the District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, and

1

Wisconsin ("Plaintiff States").

3. Consistent with the terms of the Settlement Agreement, all claims other than those on behalf of the Plaintiff States against NuVasive are dismissed without prejudice to the United States and with prejudice as to Relator.

**SO ORDERED.**

_____  8/13/15
HON. WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE