IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,
*ex rel*. KEVIN J. RYAN

    Plaintiff,

    v.                                                                              **CIVIL NO. WDQ-12-2683**

NUVASIVE, INC.

    Defendant.

## STATUS REPORT

Come now, the Relator/Plaintiff, and submits this status report advising of recent activity and anticipated total dismissal:

1.    On 8/11/15, the U.S. Government filed a Stipulation of Dismissal on behalf of itself and the Relator of its claims only. (ECF 22).

2.    As the U.S. Government's Dismissal noted, it did not encompass the claims of the Plaintiff States, who were at the time still negotiating that settlement agreement.

3.    The Court issued a Paperless Order (ECF 24) requiring the submission of this Status Report today.

4.    At this time, per State Team Lead Erica Bailey, A.A.G. (Office of the Virginia Attorney General), all of the Plaintiff States in the civil action (with the exception of Delaware and Hawaii) have elected to participate and have consented to the settlement and its terms.

5.    Moreover, the participating Plaintiff States and the Defendant have executed the state settlement agreements. The State Team expects the wire transfer of the settlement funds from the Defendant this week.

6. As soon as the funds clear, a stipulation of dismissal will be filed on behalf of the Plaintiffs States.

7. Simultaneously, the Relator/Plaintiff will file a stipulation of dismissal as to the non-participating states, Delaware and Hawaii.

8. Once both of these stipulations are filed, the case will be concluded.

9. It is anticipated that all stipulations should be filed on or before seven days from this filing, or by October 13, 2015.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

/s/
Veronica Nannis (Fed. Bar No. 15679)
vnannis@jgllaw.com
Jay P. Holland (Fed. Bar. No. 422258)
jholland@jgllaw.com
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(301) 220-2200
*Attorneys for Plaintiff/Relator Kevin Ryan*