IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *ex rel.* KEVIN J. RYAN | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL NO. WDQ-12-2683 |
| | : | |
| NUVASIVE, Inc. | : | |
| | : | |
| **Defendant.** | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, no service having been made on the defendant, the Relator hereby stipulates, with the express consent of the states of Hawaii and Delaware, to the entry of an order dismissing with prejudice all claims asserted on behalf of these two states only against Defendant NuVasive in this matter.

DATED this 8th Day of October, 2015.

Respectfully submitted,

By: _____/s/_____
Veronica Nannis (Fed. Bar #15679)
vnannis@jgllaw.com
Jay P. Holland (Fed. Bar. #422258)
jholland@jgllaw.com
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(301) 220-2200

## CERTIFICATE OF SERVICE

      This is to certify that copies of the foregoing Stipulation of Dismissal have been served via the court Electronic Case Filing System on all parties registered for such services.

                                      ____/s/_____
                                      Veronica Nannis