IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* KEVIN J. RYAN <br><br> Plaintiff, <br><br> v. <br><br> NUVASIVE, Inc. <br><br> Defendant. | : <br> : <br> : <br> : <br> :    CIVIL NO. WDQ-12-2683 <br> : <br> : <br> : <br> : |

## ~~PROPOSED~~ ORDER

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the *Qui Tam* provisions of the state false claims statutes for California, Colorado, Connecticut, Florida, Georgia, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Iowa, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, Wisconsin, and the District of Columbia ("Medicaid Participating Plaintiff States"), the Medicaid Participating Plaintiff States and Relator filed a Stipulation of Dismissal. Upon consideration of the Stipulation and the papers on file in this action,

**IT IS HEREBY ORDERED** that,

1. Consistent with the terms and conditions of the state settlement agreements executed by the Medicaid Participating Plaintiff States and NuVasive, Inc., all claims asserted on behalf of the Medicaid Participating Plaintiff States against NuVasive, Inc. concerning the Covered Conduct as defined in Preamble Paragraph E of the state settlement agreements are dismissed with prejudice.

1

2. All other claims on behalf of the Medicaid Participating Plaintiff States against NuVasive are dismissed without prejudice to the Medicaid Participating Plaintiff States and with prejudice as to the Relator.

**SO ORDERED.**

                                           _/s/_  10/13/15
                                          HON. WILLIAM D. QUARLES, JR.
                                          UNITED STATES DISTRICT JUDGE